IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:06cr144DPJ-LRA

CHARISSE CHAPPEL GORDON

### MOTION TO DISMISS CRIMINAL INDICTMENT

Pursuant to Rule 48(a), Fed. R. Crim. Pro., the government respectfully moves the Court to dismiss the criminal indictment above styled and numbered, without prejudice.

Respectfully,

DUNN LAMPTON
United States Attorney

s/ Carla J. Clark
By: CARLA J. CLARK
Assistant United States Attorney

### ORDER DISMISSING CRIMINAL COMPLAINT

BY LEAVE OF COURT endorsed hereupon, the Court grants the government's motion to dismiss the criminal indictment without prejudice.

**SO ORDERED AND ADJUDGED** this the 16th day of February, 2007.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE